

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NOEL DEAN #309740 | : | CIVIL ACTION |
| | : | BY CONSENT |
| | : | NUMBER: 08-0156-CN |
| VERSUS | : | MAGISTRATE NOLAND |
| THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | : | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| NOEL DEAN #309740 | : | CIVIL ACTION |
| | : | BY CONSENT |
| | : | NUMBER: 08-0192- CN |
| VERSUS | : | MAGISTRATE NOLAND |
| ELAYN HUNT CORRECTIONAL CENTER, ET AL. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

HAVING CONSIDERED THE FOREGOING MOTION;

**IT IS ORDERED THAT** in any one month the amount in Noel Dean's (DOC #309740) inmate trust fund account exceeds $10.00, the custodial institution shall deduct 20% of the previous month's income credited to the account.[4] This shall be in addition to any deductions made to pay filing fees that might owe. The custodial institution shall issue a check made payable to the State of Louisiana, Office of Risk Management and forward the money collected for costs to Jimmy Meaux, State Risk Claims Adjuster, State of Louisiana, Office of Risk

CJB

Management, Post Office Box 91106, Baton Rouge, LA 70821-9106 with the following ORM number noted on the check for proper credit: 08G0326DE9073. These funds are to be deducted from the inmate's trust fund account until the total of $28.50 is paid.

**SO ORDERED, BATON ROUGE, LOUISIANA,** this 26th day of August, 2008.

_____
HONORABLE CHRISTINE NOLAND
MAGISTRATE JUDGE

---

[4] 28 U.S.C. §1915(b)(2).